IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAUL ALVAREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 22-cv-4247 |
| ) | |
| MATSON LOGISTICS, INC., a foreign ) | |
| corporation, MATSON LOGISTICS ) | |
| WAREHOUSING, INC., a foreign ) | |
| corporation, MATSON NAVIGATION ) | |
| COMPANY, INC., a foreign corporation, ) | |
| CSX INTERMODAL, INC., a foreign ) | |
| corporation, CSX INTERMODAL ) | |
| TERMINALS, INC., a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF REMOVAL**

Defendants, CSX Intermodal Terminals, Inc. ("CSXIT"), CSX Intermodal, Inc. ("CSXI"), Matson Logistics, Inc. ("Matson Logistics"), Matson Logistics Warehousing, Inc. ("Matson Warehousing"), and Matson Navigation Company, Inc. ("Matson Navigation") by and through their attorneys, pursuant to 28 U.S.C. §§1441 and 1446, hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. In support of their Notice of Removal, defendants state as follows:

**PLAINTIFF'S COMPLAINT**

1. Plaintiff commenced this action on July 13, 2022, by filing a complaint in the Circuit Court of Cook County, cause number 2022 L 006247. (See Complaint, attached as Exhibit A). No other process, pleadings or orders have been served upon defendants.

2. Plaintiff alleges that on December 19, 2020, he was driving a truck and in the process of delivering a loaded container when he got into a motor vehicle accident on the US 45

ramp leading to Interstate 55 south in LaGrange, Illinois. Plaintiff alleges that he sustained injuries as a result of the motor vehicle accident. (See Exhibit A, Count V ¶¶8-13, 16).

**BASIS FOR FEDERAL JURISDICTION**

**Diversity Of Citizenship**

3. This Court has original jurisdiction of this action under 28 U.S.C. §1332 because there is complete diversity of citizenship between the parties and the amount in controversy exclusive of interest and costs, exceeds $75,000.00.

4. Removal is timely under 28 U.S.C. §1446(b)(1) because defendants have filed this notice within thirty days of receipt of Plaintiff's complaint. (See CSXIT Affidavit of Service, attached as Exhibit B).

5. Plaintiff did not include in his Complaint any allegations concerning his address, or his state of residence or citizenship. Plaintiff's Complaint alleges that he is the owner of Valerias Transportation. (Exhibit A, at ¶6 of each count). The business records of the Illinois Secretary of State identify Plaintiff as the registered agent and president of Valerias Transportation, with an address in Lyons, Illinois. (See Illinois Secretary of State Corporation File Detail Report, attached as Exhibit C). Internet searches under Plaintiff's name discloses a "Raul A. Alvarez" with the same address in Lyons, Illinois[1].

6. CSXIT is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Florida. Pursuant to 28 U.S.C. §1332(c)(1), CSXIT is deemed to be a citizen of the State of Delaware and the State of Florida.

7. CSXI was a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in the State of Florida. CSXI ceased to exist

---

[1] https://www.whitepages.com/name/Raul-A-Alvarez/Lyons-IL/Pw9YxbGMEY8

in 2010. While CSXI was in existence, pursuant to 28 U.S.C. §1332(c)(1), CSXI was deemed to have been a citizen of the State of Delaware and the State of Florida.

8. Matson Logistics is a corporation organized and existing under the laws of the State of Hawaii with its principal place of business located in the State of Hawaii.

9. Matson Warehousing is a corporation organized and existing under the laws of the State of Hawaii with its principal place of business located in the State of Hawaii.

10. Matson Navigation is a corporation organized and existing under the laws of the State of Hawaii with its principal place of business located in the State of Hawaii.

11. Based on reasonable investigation and all presently known facts, defendants state that Plaintiff is a citizen of the State of Illinois, and that Plaintiff is not a citizen of the States of Delaware, Florida, or Hawaii. Therefore, there is complete diversity of citizenship between Plaintiff on the one hand, and CSXIT, CSXI, Matson Logistics, Matson Warehousing, and Matson Navigation on the other hand.

**Amount in Controversy**

12. Plaintiff has not alleged a specific amount in controversy. Plaintiff's prayer for relief requests a judgment against defendants "in a sum in excess of $50,000.00." The prayer is in accordance with the rules governing pleading personal injury complaints in the Circuit Court of Cook County. While the complaint does not plead a specific amount in controversy in excess of the jurisdictional amount required under 28 U.S.C. §1332, defendants state that the amount in controversy, exclusive of interest and costs, is in excess of $75,000.00.

13. According to the Complaint, Plaintiff "suffered severe and permanent personal and pecuniary injuries." (Exhibit A, ¶16 of each count).

14. The undesigned counsel are experienced in the defense of personal injury lawsuits involving "severe and permanent" injuries. Based on that experience, and on the history of verdicts involving such injuries in the geographic area encompassed by this Court, defendants state that if Plaintiff establishes liability against a defendant, a jury is likely return a verdict in an amount more than $75,000.00.

15. Based on the foregoing, and pursuant to 28 U.S.C. § 1446(c)(2)(B) and <u>Dart Cherokee Basin Operating Company, LLC v. Owens</u>, 135 S. Ct. 547 (2014), defendants state that the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

## NOTICE TO PLAINTIFF AND STATE COURT

16. Attached hereto as Exhibit D is the Notice of Filing Notice of Removal being filed contemporaneously with the Clerk of the Circuit Court of Cook County.

WHEREFORE, defendants, CSX Intermodal Terminals, Inc., CSX Intermodal, Inc., Matson Logistics, Inc., Matson Logistics Warehousing, Inc., and Matson Navigation Company, Inc. hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

| | |
|---|---|
| MATSON LOGISTICS, INC.<br>MATSON LOGISTICS WAREHOUSING, INC.<br>MATSON NAVIGATION COMPANY | CSX INTERMODAL TERMINALS, INC.<br>CSX INTERMODAL, INC. |
| By: /s/ John J. Moroney<br>    John J. Moroney<br>    Ronak T. Joshi<br>    FRANCO MORONEY BUENIK, LLC<br>    500 West Madison St, Suite 3900<br>    Chicago, Illinois 60661<br>    (312) 469-1000<br>    John.Moroney@francomoroney.com<br>    Ronak.Joshi@francomoroney.com | By: /s/ Tyler E. Roland<br>    Daniel J. Mohan<br>    Tyler E. Roland<br>    DALEY MOHAN GROBLE, P.C.<br>    55 West Monroe Street, Suite 1600<br>    Chicago, Illinois 60603<br>    (312) 422-9999<br>    mohan@daleymohan.com<br>    troland@daleymohan.com |

## **CERTIFICATE OF SERVICE**

    I, Tyler E. Roland, an attorney certify that I caused a true copy of the foregoing **JOINT NOTICE OF REMOVAL**, to be served upon the following attorney of record via this Court's electronic filing system on August 11, 2022.

| | |
|---|---|
| John J. Moroney | Adam B. Riback |
| Ronak T. Joshi | Attorney for Plaintiff |
| FRANCO MORONEY BUENIK, LLC | LEVIN, RIBACK & ADELMAN, P.C. |
| 500 West Madison St, Suite 3900 | 10 North Dearborn Street, 11 th Floor |
| Chicago, Illinois 60661 | Chicago, Illinois 60602 |
| John.Moroney@francomoroney.com | ariback@lralegal.com |
| Ronak.Joshi@francomoroney.com | |

                                      ___/s/ Tyler E. Roland_____
                                          Tyler E. Roland